## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN HERMAN-WOLFE | ) | CASE NO. 2:06CV811 |
| PLAINTIFF, | ) | JUDGE SARGUS |
| | | MAGISTRATE JUDGE KING |
| V. | ) | |
| | | AGREED ORDER OF DISMISSAL WITH |
| HARTFORD LIFE AND ACCIDENT | ) | PREJUDICE |
| INSURANCE COMPANY | | |
| | ) | |
| AND | | |
| | ) | |
| NETCARE CORPORATION | | |
| EMPLOYEE BENEFIT PLAN | ) | |
| | | |
| DEFENDANTS. | ) | |

By agreement of the parties hereto, Kathleen Herman-Wolfe and Hartford Life and Accident Insurance Company, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-styled action should be, and hereby is, **DISMISSED WITH PREJUDICE.** Each party shall be responsible for its costs associated with this action.

**DONE AND ORDERED** this __2nd__ day of __October__ , 2007

_____
UNITED STATES DISTRICT JUDGE

**Have seen and agreed to:**

s/Janet Larkin
Janet Larkin
3300 Riverside Drive, Suite 125
Columbus, Ohio  43221
Telephone: (614) 372-7114

TRIAL ATTORNEY FOR PLAINTIFF
KATHLEEN HERMAN-WOLFE


s/Nicholas W. Ferrigno, Jr.
Nicholas W. Ferrigno, Jr.
Harry D. Rankin
Sara R. Elrod
GREENEBAUM DOLL & MCDONALD PLLC
50 E. RiverCenter Boulevard, Suite 1800
P.O. Box 2673
Covington, Kentucky 41012-2673
Telephone : (859) 655-6893

TRIAL ATTORNEY FOR DEFENDANT HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

Nicholas W. Ferrigno, Jr.
TRIAL ATTORNEY FOR HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY

2303801_1.doc

2